IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00302 LJO |
| ) | |
| Plaintiff, ) | ORDER ON GOVERNMENT'S |
| ) | MOTION TO DIMISS |
| v. ) | (Fed.R.Crim.P. 48(a)) |
| ) | |
| JEREL STANFIELD, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

IT IS HEREBY ORDERED that the indictment in the above-entitled case may be dismissed without prejudice as to Jerel Stanfield.

IT IS SO ORDERED.

**Dated:   November 4, 2008**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1